**BAYVIEW LOAN SERVICING LLC, Respondent**

v.

**James Bernard WICKER and Beryl G. Wicker, Petitioners**

No. 310 WAL 2017

Supreme Court of Pennsylvania.

January 17, 2018

### ORDER

PER CURIAM

AND NOW, this 17th day of January, 2018, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues

set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner, are:

(1) Did the Superior Court err in affirming the decision of the trial court which found the [Respondent's] witness competent to testify and received evidence under the business records exception to the hearsay rule?

(2) As to the contested evidence received by the Court, will a grant of allocatur, here, resolve the conflict between both *U.S. Bank v. Pautenis; Boyle v. Steiman* and *Commonwealth Financial Systems v. Smith* as to the admissibility of witness testimony at a debt collection trial?